## 10576.  AKIN *v.* TODD.

SMITH, J.  1. Notwithstanding a petition for certiorari may contain an assignment of error raising a question of law, yet where the determination of the case depends entirely upon a contested issue of fact, a judgment rendered by the magistrate is not reviewable by certiorari. Therefore in this case the judge of the superior court did not err in dismissing the certiorari. See *Toole* v. *Edmonson,* 104 *Ga.* 776 (31 S. E. 25), and cases there cited.

2. "It can make no difference for what reason the writ of certiorari was dismissed in this case; the court did right in dismissing the same, and affirming the judgment of the justice." *Wilson* v. *Burks,* 71 *Ga.* 862; *McPherson* v. *Stroup,* 100 *Ga.* 228 (28 S. E. 157).

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
DECIDED NOVEMBER 6, 1919.

Certiorari; from Tattnall superior court—Judge Sheppard. April 9, 1919.

*Collins & Stanfield,* for plaintiff in error.